MCGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:06-CR-00290-WBS-3 |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT AS TO DEFENDANT MONTRELL HALL |
| v. | |
| MONTRELL HALL, | |
| Defendant. | |

Upon the motion of the United States Attorney, IT IS HEREBY ORDERED that the indictment in the above captioned case be dismissed against defendant MONTRELL HALL without prejudice in the interest of justice, and that the arrest warrant is recalled.

Dated: February 26, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO DISMISS INDICTMENT